# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: <br><br> Eva Christine Drawdy <br> XXX-XX- 4629 <br><br> 2520 Atlantic Palms Lane <br> North Charleston, SC  29406 <br><br> Debtor(s). | Case No. 22-00416-jw <br> Chapter 13 <br><br> Adv. No. 22-80007-jw |
| Eva Christine Drawdy, <br><br> Plaintiff(s). <br> -vs- <br><br> Leslie Ann Armstrong <br><br> and <br><br> Armstrong Family Law, LLC <br><br> and <br><br> Paul W. Guilmette, <br><br> Defendants. | ACCEPTANCE OF SERVICE ON BEHALF <br> OF ARMSTRONG FAMILY LAW, LLC <br> AND LESLIE ANN ARMSTRONG |

    I, Kristen N. Nichols, attorney at law, hereby accept service of the Summons and Complaint filed in the above-captioned adversary proceeding on behalf of Armstrong Family Law, LLC and Leslie Ann Armstrong.

Dated: March 3, 2022     By:     /s/ Kristen N. Nichols
Kristen N. Nichols
Turner Padgett Graham & Laney, PA
District Court I.D. 9770
PO Box 22129
Charleston, SC 29413
(843) 576-2836
knichols@turnerpadget.com