UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:<br><br>Eva Christina Drawdy<br><br><br>Debtor.<br>_____<br><br>Eva Christina Drawdy,<br><br>    Plaintiff,<br><br>vs.<br><br>Leslie Ann Armstrong Esq.,<br>Armstrong Family Law, LLC<br>And Paul W. Guilmette,<br><br>    Defendants.<br>_____ | )<br>)<br>) CASE NO: 21-00416-JW<br>) CHAPTER 13<br>)<br>)<br>) **ADV. NO. 22-80007-JW**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF EXTENSION OF DEADLINE TO FILE ANSWER**

COME NOW Leslie Armstrong, Esq. and Armstrong Family Law, LLC, Defendants herein, by and through their undersigned attorney, Kristen N. Nichols, and pursuant to South Carolina LBR 7001-1(b) verify that the Plaintiff has granted a 14-day extension of time in which to answer the complaint or otherwise plead in the above-captioned adversary proceeding. Accordingly, Defendants have until April 11, 2022, to file an answer or other response.

                                                    /s/Kristen N. Nichols
Kristen N. Nichols
District Court ID: 9770
Turner Padget Graham & Laney P.A.
P.O. Box 22129
Charleston, SC 29413
Telephone: (843) 576-2836
KNichols@tunerpadget.com
Attorney for Leslie Ann Armstrong, Esq. and
Armstrong Family Law, LLC

Charleston, South Carolina
March 22, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:<br><br>Eva Christina Drawdy<br><br>   Debtor. | CASE NO: 21-00416-JW<br>CHAPTER 13<br><br>**ADV. NO. 22-80007-JW** |
| Eva Christina Drawdy,<br><br>   Plaintiff,<br><br>vs.<br><br>Leslie Ann Armstrong Esq.,<br>Armstrong Family Law, LLC<br>And Paul W. Guilmette,<br><br>   Defendants. | |

**CERTIFICATE OF SERVICE**

I, Kristen N. Nichols, do hereby certify that on March 22, 2022, I served on the persons below a copy of the Certification of Extension of Deadline to File Answer in the above-referenced matter either by CM/ECF electronic mail or by depositing same in the United States Mail with sufficient postage affixed and addressed as follows:

Russell A. DeMott
Via CM/ECF
***Plaintiff's Attorney***

/s/Kristen N. Nichols
Kristen N. Nichols

Charleston, South Carolina
March 22, 2022